UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OIP Technologies, Inc. | CASE NO. 12-cv-1233 ~~NC~~ EMC |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Amazon.com, Inc. | |
| Defendant. | |

James R. Bender, whose business address and telephone number is Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004-1304, Telephone: 202-637-2200 and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Amazon.com, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/13/12

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen