| | |
|---|---|
| 1 | GREGORY G. GARRE, *Pro Hac Vice* |
|   | gregory.garre@lw.com |
| 2 | MATTHEW J. MOORE, *Pro Hac Vice* |
|   | matthew.moore@lw.com |
| 3 | GABRIEL K. BELL, *Pro Hac Vice* |
|   | gabriel.bell@lw.com |
| 4 | JAMES R. BENDER, *Pro Hac Vice* |
|   | james.bender@lw.com |
| 5 | 555 Eleventh Street, NW |
|   | Suite 1000 |
| 6 | Washington DC 20004 |
|   | Telephone: (202) 637-2200 |
| 7 | Facsimile: (202) 637-2201 |
| 8 | RICHARD G. FRENKEL, Bar No. 204133 |
|   | rick.frenkel@lw.com |
| 9 | S. GIRI PATHMANABAN, *Pro Hac Vice* |
|   | giri.pathmanaban@lw.com |
| 10 | LATHAM & WATKINS LLP |
|   | 140 Scott Drive |
| 11 | Menlo Park, California 94025 |
|   | Telephone: (650) 328-4600 |
| 12 | Facsimile: (650) 463-2600 |
| 13 | Attorneys for Defendant AMAZON.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OIP TECHNOLOGIES, INC., | CASE NO. C 12-01233 EMC |
| Plaintiff, | **STIPULATION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; RESCHEDULE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE ON DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | ORDER |
|   | Judge Edward M. Chen |

LATHAM&WATKINS LLP DC\2202601.2
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION FOR ADDITIONAL TIME TO ANSWER,
TO RESCHEDULE CMC, AND SET BRIEFING SCHEDULE
CASE NO.: CV 12-01233 EMC

1    WHEREAS, Defendant Amazon.com, Inc.'s ("Amazon's") responsive pleading
2 to Plaintiff OIP Technologies, Inc.'s ("OIP's") complaint is due this Friday, May 18;
3    WHEREAS, Amazon would like an additional extension of time to file its
4 responsive pleading up to, and including, Wednesday, May 23, 2012;
5    WHEREAS, for its responsive pleading on May 23, 2012, Amazon intends to file
6 a motion to dismiss;
7    WHEREAS, Amazon and OIP have met and conferred about a briefing schedule
8 for Amazon's Motion to Dismiss;
9    WHEREAS, both parties have a conflict on the date currently set by the Court for
10 the Case Management Conference presently scheduled for July 6, 2012;
11    WHEREAS, Amazon and OIP would like the hearing on Amazon's Motion to
12 Dismiss to be heard on the same date as the Case Management Conference;
13    WHEREAS, counsel for OIP are currently scheduled to be in trial in the Northern
14 District of Illinois throughout the month of July, but would like the Case Management
15 Conference to take place in early July if at all possible;
16    WHEREAS, Amazon would like additional time to file its Motion to Dismiss and
17 OIP would like additional time to respond to Amazon's Motion to Dismiss;
18    WHEREAS, due to a scheduling conflict, OIP would like the Federal Rule of Civ.
19 Proc. Rule 26(f) conference to take place at a mutually agreeable date and time before June 11,
20 2012;
21    WHEREAS, as explained in the accompanying declaration submitted pursuant to
22 Civil Local Rule 6-2(a), the requested modification will have minimal impact on this litigation;
23    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
24 counsel and pursuant to Civil Local Rule 6-1(a), that the time for Amazon to answer, move or
25 otherwise respond to Plaintiff's Complaint is extended to and including May 23, 2012.
26    IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the
27 undersigned counsel and pursuant to Civil Local Rule 6-2(a), that the time for OIP to respond to
28

1 Amazon's planned Motion to Dismiss is extended to and including June 14, 2012, and that the
2 time for Amazon to file its reply brief is extended to and including June 22, 2012.
3       IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the
4 undersigned counsel that the Fed. R. Civ. Proc. Rule 26(f) conference shall be held on a mutually
5 agreeable date and time before June 11, 2012. Notwithstanding the timing of the Rule 26(f)
6 conference, the parties agree that discovery may be served no earlier than June 22, 2012.
7       IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the
8 undersigned counsel and pursuant to Civil Local Rule 6-2(a), that the date for the Case
9 Management Conference is changed to July 13, 2012.[1] OIP's agreement to move the Case
10 Management Conference to July 13, 2012, and to schedule Amazon's Motion to Dismiss hearing
11 for that same day, is based on Amazon's express acknowledgement and agreement that the Case
12 Management Conference and Motion to Dismiss hearing shall come off calendar and be
13 rescheduled for August 7, 2012, if OIP counsel is still in trial on July 13, and subject to the
14 Court's availability.

15

16 Dated: May 16, 2012            Respectfully submitted,

17                                   LATHAM & WATKINS LLP

18                                   By: __/s/ Richard G. Frenkel_____

19                                   Richard G. Frenkel, Bar No. 204133
                                  rick.frenkel@lw.com
20                                   S. Giri Pathmanaban*
                                  giri.pathmanaban@lw.com
21                                   LATHAM & WATKINS LLP
                                  140 Scott Drive
22                                   Menlo Park, CA 94025
                                  Telephone: +1.650.328.4600
23                                   Facsimile: +1.650.463.2600

24                                   Matthew J. Moore*
                                  matthew.moore@lw.com
25                                   Gregory G. Garre*
                                  gregory.garre@lw.com
26

---

27 [1] The parties request that the Court combine the Motion to Dismiss hearing with the Case
28     Management Conference, but will separately attend the hearing and CMC if this is
    inconvenient for the Court.

Gabriel K. Bell*
gabriel.bell@lw.com
James R. Bender*
james.bender@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant
Amazon.com, Inc.
(* = Admitted *Pro Hac Vice*)

TENSEGRITY LAW GROUP LLP

By: __/s/ Monica M. Eno_____

Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensgritylawgroup.com
Stefani C. Smith (Bar No. 251305)
stefani.smith@tensgritylawgroup.com
Monica M. Eno (Bar No. 164107)
monica.eno@tensegritylawgroup.com
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone (650) 802-6000
Fax: (650) 802-6001

Attorneys for Plaintiff
OIP Technologies, Inc.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED

Dated: May 24, 2012

as modified above
_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION CLAUSE**

I, Richard G. Frenkel, am the ECF User whose identification and password are being used to file this Stipulation Extending Time for Amazon.com, Inc. to Respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a).  I hereby attest that Monica Eno has concurred in this filing.

Dated:  May 16, 2012                         Respectfully submitted,

                                             LATHAM & WATKINS LLP

                                             By:   /s/ Richard G. Frenkel

                                                  Richard G. Frenkel (Bar No. 204133)
                                                  rick.frenkel@lw.com
                                                  Latham & Watkins LLP
                                                  140 Scott Drive
                                                  Menlo Park, CA 94025
                                                  Telephone:  (650) 328-4600
                                                  Facsimile:  (650) 463-2600